AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>2:19-cr-889 | Date and time warrant executed:<br>7/25/19  7:00pm | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized:<br><br>Information and data associated with Facebook account user Deoitra LuckyLuchiano Dent. |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/31/19

Executing officer's signature

John Sonnendecker, SA
Printed name and title